No. 461. HALLER ET UX. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *James J. Cally* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 459. PACIFIC INSURANCE ASSOCIATES, LTD. v. FASHIONS, INC. C. A. 9th Cir. Certiorari denied. *Robert M. Adams, Jr.,* for petitioner. *Paul M. Rhodes* for respondent.

No. 470. NATIONAL MARITIME UNION OF AMERICA, AFL–CIO v. GULFCOAST TRANSIT CO. C. A. 5th Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Warren E. Hall, Jr.,* for respondent. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* filed a memorandum for the National Labor Relations Board.

No. 465. KATZ v. KATZ. Supreme Court of Florida. ·Certiorari denied. *Thomas H. Anderson* for petitioner. *Milton M. Ferrell* and *Paul A. Louis* for respondent.

No. 466. ROBINSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *T. Eric Embry* and *Fred Blanton* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 467. COHEN v. HIGHWAY TRUCK DRIVERS & HELPERS, LOCAL 107, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. C. A. 3d Cir. Certiorari denied. *Stanford Shmukler* for petitioner.